## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SIGNIFY NORTH AMERICA CORPORATION and SIGNIFY HOLDING B.V.<br><br>       Plaintiffs,<br><br>    v.<br><br>ROBE LIGHTING INC. and ROBE LIGHTING S.R.O.<br><br>       Defendants. | Case No. 0:20-cv-62302-KMM |

## JOINT MOTION FOR ENTRY OF STIPULATED
## PROTECTIVE ORDER GOVERNING CONFIDENTIALITY

  Plaintiffs Signify North America Corporation and Signify Holding B.V. ("Plaintiffs") and Defendants Robe Lighting Inc. and Robe Lighting s.r.o. ("Defendants") (collectively the "Parties") believe in good faith that disclosure and discovery activity in this patent infringement action will involve production of confidential, proprietary, or private information for which special protection from public disclosure and from use for any purpose other than prosecuting this litigation is warranted. Accordingly, the Parties have stipulated and agreed and jointly petition the Court to enter the proposed Stipulated Protective Order submitted herewith as Exhibit A. The Parties acknowledge that the proposed Stipulated Protective Order does not confer blanket protections on all disclosures or responses to discovery and that the protection it affords from public disclosure and use extends only to the information or items that are entitled to confidential treatment under applicable legal principles.

  WHEREFORE, the Parties respectfully request that the Court enter the proposed Stipulated Protective Order governing confidentiality in this action.

| | |
|---|---|
| Dated: July 14, 2021 | Respectfully submitted,<br><br>/s/ *Andrew H. Reiss*<br><br>Andrew H. Reiss<br>BOND, SCHOENECK & KING, PLLC<br>Florida Bar No. 116955<br>Northern Trust Building, Suite 105<br>4001 Tamiami Trail North<br>Naples, Florida 34103-3555<br>Telephone: (239) 659-3800<br>E-mail: areiss@bsk.com<br><br>Jeremy P. Oczek (*pro hac vice*)<br>Jessica L. Copeland (*pro hac vice*)<br>BOND, SCHOENECK & KING, PLLC<br>200 Delaware Avenue<br>Buffalo, New York 14202<br>Telephone: (716) 416-7000<br>E-mail: jpoczek@bsk.com<br>E-mail: jcopeland@bsk.com<br><br>George R. McGuire (*pro hac vice*)<br>Jonathan L. Gray (*pro hac vice*)<br>BOND, SCHOENECK & KING, PLLC<br>One Lincoln Center<br>Syracuse, New York 13202<br>Telephone: (315) 218-8500<br>E-mail: gmcguire@bsk.com<br>E-mail: jlgray@bsk.com<br><br>Martha A. Leibell<br>Florida Bar No. 106990<br>MORGAN, LEWIS & BOCKIUS LLP<br>200 South Biscayne Boulevard, Suite 5300<br>Miami, Florida 33131-2339<br>Telephone: (305) 415-3000<br>E-mail: martha.leibell@morganlewis.com<br><br>**COUNSEL FOR PLAINTIFFS**<br>***Signify North America Corporation and***<br>***Signify Holding B.V.*** |

Respectfully submitted,

*/s/ David Brafman*

David Brafman
Florida Bar No. 68289
Mark Passler
Florida Bar No. 58068
AKERMAN LLP
777 South Flagler Drive
Suite 1100 West Tower
West Palm Beach, Florida 33401
Telephone: (561) 653-5000
E-mail: david.brafman@akerman.com
E-mail: mark.passler@akerman.com

**COUNSEL FOR DEFENDANTS**
***Robe Lighting Inc. and Robe Lighting s.r.o***

- 3 -